## Commonwealth *v.* Sedars, Appellant.

Argued April 14, 1970. *Paul A. Simmons*, with him *Tempest & Simmons*, for appellant; *George E. Anthou*, Assistant District Attorney, with him *Jess D. Costa*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

## Commonwealth *v.* Stein, Appellant.

Submitted April 13, 1970. *William C. Porter*, for appellant; *Paul M. Petro*, Assistant District Attorney, and *Jess D. Costa*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.